Owen W. Connell, *Appellant*, v. W. C. Kyle, et al., *Appellees*.

Decision filed October 18, 1922.

An Appeal from the Circuit Court for Broward County, E. C. Davis, Judge.

*McCune & Weidling*, for Appellant;

*Glenn Terrell*, for Appellees.

Per Curiam.—This cause having heretofore been submitted to the Court upon the transcript of the record of the interlocutory decree herein, and briefs and argument of

counsel for the respective parties, and the record having
been seen and inspected, and the Court being now advised
of its judgment to be given in the premises, it seems to
the court that there is no error in the said decree; it is,
therefore, considered, ordered and adjudged by the Court
that the said decree of the Circuit Court be, and the same
is hereby affirmed.

All concur.